Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: (805) 750-8852
Email: bsegee@biologicaldiversity.org
*Pro Hac Vice*

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Fish and Wildlife Service, et al., <br><br> Defendants. | Case No.: 4:24-cv-146-RCC <br><br> **Plaintiffs' Controverting Statement of Facts** |

Pursuant to Local Rule 56.1(b), Plaintiffs submit this Statement of Controverting Facts in relation to its opposition to Defendants' Motion for Summary Judgment. Plaintiffs herein reproduce the numbered paragraphs from Defendants' Statement of Material Facts, ECF No. 18, and provide Plaintiffs' response below.

1. The red squirrel is a small, grayish-brown arboreal (tree-dwelling) rodent with a rusty-to-yellowish tinge along the back. AR 1575. The tail is fluffy, and the ears are slightly tufted in winter. *Id.*

Response: Undisputed.

2. There are two recognized subspecies in Arizona, and the Mount Graham red squirrel is found only in the Pinaleño Mountains in southeastern Arizona. *Id.* The Mount Graham red squirrel is slightly smaller than the other subspecies found in Arizona, with an average body length of 7.8 inches and an average tail length of 5.4 inches. AR 1575-76; *see also* 52 Fed. Reg. 20994 (June 3, 1987).

Response: Undisputed.

3. The Mount Graham red squirrel is designated as a subspecies based on genetic, morphological, and ecological conditions. AR 1576.

Response: Undisputed

4. On June 3, 1987, the United States Fish and Wildlife Service ("the Service") listed the Mount Graham red squirrel as endangered under the ESA. 52 Fed. Reg. 20994.

Response: Undisputed.

5. The Mount Graham red squirrel inhabits upper elevation, mature-to-old-growth associations in mixed conifer and spruce-fir above approximately 8,000 feet. AR 1579.

Response: Undisputed.

6. At the time of listing the squirrel was found at the highest density in Engelmann spruce and corkbark fir, generally occurring above an elevation of 10,200 feet, and in lower densities in old growth-Douglas fir and white fir often associated with Engelmann spruce. 52 Fed. Reg. at 20994.

Response: Undisputed.

7. The Mount Graham red squirrel's diet consists of conifer seeds from closed cones, above- and below-ground macro-fungi and rusts, pollen and cone buds, cambium of conifer twigs, bones, and berries and seeds. AR 1581. During the winter the squirrel depends on seed-bearing cones from Engelmann

spruce, white fir, Douglas-fir, corkbark fir, and southwestern white pine stored in sites known as middens. 52 Fed. Reg. at 20994; AR 1581. It is important that middens remain cool and moist to preserve the cones. 52 Fed. Reg. at 20994.

Response: Undisputed.

8. On January 5, 1990, the Service designated critical habitat for the Mount Graham red squirrel containing three areas totaling approximately 2,000 acres. 55 Fed. Reg. 425, 427 (Jan. 5, 1990). The areas included: (1) the area above the 10,000-foot contour surrounding Hawk Peak and Plain View Peak, plus an area above the 9,800-foot contour; (2) the area on the north-facing slopes of Heliograph Peak above the 9,200 foot-contour; and (3) the area on the east-facing slope of Webb Peak above the 9,700-foot contour. AR 35, 55 Fed. Reg. at 428.

Response: Undisputed.

9. The Service determined that the best data available at the time of designation supported the importance of designating the higher elevations as critical habitat. AR 33. Specifically, the Service considered that, in 1986, 48% of all active middens were above 10,200 feet and the proposed critical habitat contained approximately 70% of all known squirrel middens. AR 33.

Response: Undisputed.

10. Following the designation of critical habitat, the Service issued the 1993 Recovery Plan for the Mount Graham red squirrel. AR 1239-1417.

Response: Undisputed.

11. The Recovery Plan provided a long-term strategy to recover degraded and unsuitable forests and a scheme that will provide for mature forest and suitable habitat over time, which is essential to the recovery of the species. AR 1261. It further provided that the major forest association of concerns are the spruce-fir, mixed confer, and the transition between the two types. *Id.*

Response: Undisputed.

12. In 2011, the Service drafted a first revision to the Mount Graham red squirrel recovery plan. AR 1565.

Response: Undisputed.

13. On December 14, 2017, the Service received a petition from the Center for Biological Diversity requesting that critical habitat for the Mount Graham red squirrel be revised. AR 2-19.

Response: Undisputed.

14. The petition provided information alleging that circumstances within the designated critical habitat area had changed significantly. AR 85. It further alleged that the Mount Graham red squirrel was then found primarily in four areas outside of the designated critical habitat area. AR 13.

Response: Undisputed.

15. The petition also noted a previous Service report (DeLuise 1990) that evaluated the Biological Opinion on the Coronado National Forest Plan and Mt. Graham Astrophysical Area Plan. Part of the report recommended that the critical habitat in 1990 should be reviewed. AR 12-13.

Response: Undisputed.

16. In determining whether a revision to critical habitat may be warranted, the Service may consider the following:

a. Areas that the current designation does not include that should be included, or includes that should no longer be included, and any benefits of designating or not designating these specific areas as critical habitat;

b. The physical or biological features essential for the conservation of the species and whether they may require special management considerations or protection;

c. For any areas petitioned to be added to critical habitat within the geographical area occupied by the species at the time it was listed, information

indicating that the specific areas contain one or more of the physical or biological features (including characteristics that support ephemeral or dynamic habitat conditions) that are essential to the conservation of the species, or that these features do not require special management considerations or protection;

d. For any areas petitioned for removal from currently designated critical habitat within the geographical area occupied by the species at the time it was listed, information indicating that the specific areas do not contain the physical or biological features (including characteristics that support ephemeral or dynamic habitat conditions) that are essential to the conservation of the species, or that these features do not require special management considerations or protection; and

e. For areas petitioned to be added to or removed from critical habitat that were outside the geographical area occupied by the species at the time it was listed, information indicating why the petitioned areas are or are not essential for the conservation of the species.

AR 1715, 84 Fed. Reg. 46927, 46929 (Sept. 6, 2019).

Response: Undisputed.

17. Upon review of the petition and its cited sources, the Service found that the petition presented substantial scientific and commercial information indicating that a revision of the Mount Graham red squirrel's critical habitat may be warranted, resulting in a "positive" 90-day finding. AR 1716.

Response: Undisputed.

18. The Service based its findings primarily on new information indicating significant changes to the habitat as currently designated and changes to the squirrel's use of habitat. These findings were published on September 6, 2019. *Id.* at 1713; 84 Fed. Reg. 46927.

Response: Undisputed.

19. On August 3, 2021, the Service published its 12-month finding in response to the Center's petition. AR 1722-1723, 86 Fed. Reg. 41742 (Aug. 31, 2021).

Response: Undisputed.

20. Under Section 4(b)(3)(D)(ii) of the ESA, where a petition presents substantial information that a revision may be warranted, the Secretary shall "determine how [s]he intends to proceed with the requested revision, and shall promptly publish notice of such intention in the Federal Register." 16 U.S.C. § 1533(b)(3)(D)(ii).

Response: Undisputed.

21. The Service explained that they "intend that any revisions to critical habitat … be as accurate and comprehensive as possible. Therefore, completing the [species status assessment] and a revised recovery plan will inform any future revisions to the critical habitat for the red squirrel." AR 1723. The Service intends to evaluate the function of critical habitat for the red squirrel in the conservation of the subspecies after completing the species status assessment and a revised recovery plan and, if appropriate, revise the species' critical habitat if prudent and determinable. AR 83.

Response: Undisputed.

22. On February 2, 2022, the Service published notice of the initiation of the five-year status review for the Mount Graham red squirrel. 87 Fed. Reg. 5834 (Feb. 2, 2022).

Response: Undisputed.

23. On August 27, 2024, the Service published the Mount Graham red squirrel five-Year Status Review.[1]

Response: Undisputed.

---

[1] https://ecosphere-documents-production-public.s3.amazonaws.com/sams/public_docs/species_nonpublish/18261.pdf (last visited Nov. 12, 2024).

Respectfully submitted this 20th day of December, 2024.

s/ Brian Segee

Brian Segee (Cal. Bar. No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: (805) 750-8852
Email: bsegee@biologicaldiversity.org
*Pro Hac Vice*