# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, et al.<br><br>Plaintiff,<br><br>v.<br><br>U.S. Fish and Wildlife Service, et al.<br><br>Defendants. | Case No. 4:24-cv-00146-RCC<br><br>Judge: Raner C. Collins<br><br>**[PROPOSED] JUDGMENT** |

This action came before the Court for determination on the record. A decision has been rendered.

IT IS ORDERED that judgment is entered in accordance with the Court's July 7, 2025 order. ECF No. 27. Plaintiffs' Motion for Summary Judgment is GRANTED IN PART. Defendants' Motion for Summary Judgment is DENIED. Defendants U.S. Fish and Wildlife Service and the Secretary of the Interior shall have until January 30, 2027 to provide a response to the Petition through either a proposed rule to revise critical habitat or a final decision denying the Petition. This case is DISMISSED.

Dated July ___, 2025                                    _____

                                                                         Honorable Raner C. Collins
                                                                         Senior United States District Judge